IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2013 MAR 27 A 11: 18

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

__McArthur L Yach 179533__

Full name and prison number
of plaintiff(s)

V.

__Amy Newson__

__James Bailey__

__William Delar__

__Billy Lane__

__Mary Craig__

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

3:13-cv-185-TMH

CIVIL ACTION NO. __CR-12-0358__
(To be supplied by the Clerk of
U.S. District Court)

I.   PREVIOUS LAWSUITS

A.   Have you begun other lawsuits in state or federal court
dealing with the same or similar facts involved in this
action? Yes (   ) No ( ✓ )

B.   Have you begun other lawsuits in state or federal court
relating to your imprisonment? Yes (   ) No ( ✓ )

C.   If your answer to A or B is yes, describe each lawsuit
in the space below. (If there is more than one lawsuit,
describe the additional lawsuits on another piece of
paper, using the same outline).

   1.   Parties to this previous lawsuit:

      Plaintiff(s) _____

      _____

      Defendant(s) _____

      _____

   2.   Court (if federal court, name the district; if
      state court, name the county) _____

      _____

3.    Docket number _____

4.    Name of Judge to whom case was assigned _Tammy_
_J. Young who was the Judge_

5.    Disposition (for example: Was the case dismissed?
      Was it appealed? is it still pending?) _Yes_
_I appealed it the Case._

6.    Approximate date of filing lawsuit _3-13 2013_

7.    Approximate date of disposition _3-13-2013_

II.    PLACE OF PRESENT CONFINEMENT _McArthur Lynch Jr_
_P.o. Box 150 Mount - Meigs, AL 36057_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Roanoke_
_ALABAMA 36274_

III.   NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED
       YOUR CONSTITUTIONAL RIGHTS.

       **NAME**                                      **ADDRESS**

1. Amy Newson Randolph (court) cohouse P.o. Box 328 wedowee, Al 36278

2. Billy Lane Randolph cothouse P.o. Box 328 wedowee, AL 36278

3. william Delar Randolph co. jail P.o. Box 347 wedowee AL 36278

4. James Bailer (of) Roanoke Police Dept P.o Box 1270 Roanoke (AL) 36274

5. Lacretha Trammell 2478 County Rd 79 Roanoke (AL) 36274

6. D.H. R. (of) Randolph Co. (of) wedowee, AL 36278

IV.    THE DATE UPON WHICH SAID VIOLATION OCCURRED _11-5-2012_
_of Randolph County of Ranoke(AL) wedowee (AL)_

V.     STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION
       THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _investiGater James Bailey of Roanoke police_
_Dept. wrote a false-statement, it was on Dec-8th of_

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).

2011 it was on a friday Morning at 11:00 o'clock I had Artis Trammell F150 Truck in Roanoke AL 36274.

I went by the house where I was staying at 382 Luckie St of the home.

I saw investigater James Bailey card that was in the door

I had call it him (A.S.A.P.) when he had pull it up I was had pull it up. he ask it me who truck (I told him) he call it Lacretha sitting under a pine tree when investigater James Bailey

GROUND TWO: investigater Bailey Made a oath on the Jury it up that I was standing by the F150 Truck. stand that he told them a (lie) he said that when he had pull

SUPPORTING FACTS: On November 5th 2012 Amy Newson the D.A. of Randolph County court house (on court that day) the D.A. statement. she had told Lacretha Trammell do You remember these that You, wrote, Lacretha she said that I diding write these statement on Dec the 7th of 2011 but Lacretha Trammell said she wrote the statement on Dec-the 5th of 2011 the D.A. told Lacretha that was not the deal.

GROUND THREE: investigater James Bailey told a Nother Conviction note under her door (You can't do that) (lie) to the Jury he told them that Lacretha put a

SUPPORTING FACTS: investigater James Bailey saw me on Dec 8th of 2011 on County Rd 79 at Lacretha house, he was Dec 13th If in of thing had happen. the kids Left July 9th diding come back Dec 13th (2011) out of his range, also why he diding call the sheriff Dept me to Roanoke police Dept to talk it with me, but he let it me go. but investigater Bailey he had pick it me up Carried he had Made the false statment up. Now at the Randolph Co. Jail 6 months Later I Got Jump it about W case on by some (Inmates) in the Co. Jail Well I had talk it with William Delar He told me (I Need it that) It him out the officer Name is Smith. because one of his officer said that I (Curse)

VI.    STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.
       MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

_I want the court to help me to Get all_
_MY rights back, and have them to pay_
_Me for the(false statement) and the crime I did for_

_McArthur Lynch Jr._
        Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true
and correct.
EXECUTED on ___3-13-2013___ .
                    (date)

_McArthur Lynch Jr._
        Signature of plaintiff(s)

4

McArthur LYnch AIS 179533
P. o. Box 150 E-5-cell
Mount Melas. AL 36057



This correspondence is forwarded
from an Alabam                    tents
have not been              same
Dep                          outside
for                      of the enclosed

Ms. Debra P. Hacket
Clerk of Court
US. District Court
P. O. Box 711
MontGomerY. AL 3610-c