IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| MCARTHUR LYNCH, JR. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:13-cv-185-TMH |
| | ) | [wo] |
| AMY NEWSON, *et. al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**OPINION and ORDER**

On April 2, 2013, the Magistrate Judge filed a Recommendation in this case

dismissing claims against Amy Newson, James Bailey, William Delar, Billy Lane, Mary

Craig, Lacretha Trammell, and the Randolph County D.H.R. in accordance with 28

U.S.C.§ 1915(e)(2)(B)(i) (ii) and (iii); dismissing without prejudice claims challenging

the constitutionality of convictions imposed upon the Plaintiff in November of 2012 by

the Circuit Court of Randolph County, Alabama pursuant to 28 U.S.C. §

1915(e)(2)(B)(ii), as such claims are not properly before this court at this time and

dismissing this case prior to service of process in accordance with the directives of  28

U.S.C.§ 1915(e)(2)(B)(i) (ii) and (iii).  (Doc. No. 4).  No timely objections have been

filed to the Recommendation.

Upon an independent review of the file in this case and upon consideration of the

Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge

be and is hereby ADOPTED, and that this case be and is hereby DISMISSED without

prejudice pursuant to 28 U.S.C. § 1915 (e)(2)(B)(i), (ii) (iii) and for the Plaintiff's failure

to comply with the orders of this court and his failure to properly continue the prosecution

of this case.

DONE this the 19th day of June, 2013.

/s/  Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE